## Commonwealth *v.* Woodell, Appellant.

 Argued September 19, 1972. *James S. Sorrentino,* for appellant; *Michael H. Ranck,* Assistant District Attorney, with him *Henry J. Rutherford,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.